**Brendan CASEY, Plaintiff–Appellee,**

v.

**CITY OF MIAMI BEACH, a municipal corporation, Defendant,**

**Patrick Quinlan, Robert Silvagni, Samuel Gam, Sgt., Defendants–Appellants.**

No. 06–15150.

United States Court of Appeals, Eleventh Circuit.

Feb. 5, 2008.

Alexander Kapetanakis, Miami, FL, for Plaintiff–Appellee.

Robert L. Switkes, Rosen & Switkes, Miami Beach, FL, Joshua Michael Entin, Rosen Switkes & Entin P.L., Miami, FL, for Defendants–Appellants.

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Upon consideration of oral argument, the parties' briefs, and the record, we affirm for the reasons set forth in the district court's well-reasoned opinion of August 21, 2006.

**AFFIRMED.**